```
 1  GEOFFREY A. NERI (SBN 258802)
    gneri@millerbarondess.com
 2  BENJAMIN TAYLOR (SBN 240636)
    btaylor@millerbarondess.com
 3  MILLER BARONDESS, LLP
    1999 Avenue of the Stars, Suite 1000
 4  Los Angeles, California 90067
    Telephone:  (310) 552-4400
 5  Facsimile:  (310) 552-8400

 6  Attorneys for Defendant
    UNIVERSAL FAMILY INSURANCE, LLC
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW LIFE AGENCY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ART RISK, FINANCIAL & INSURANCE SOLUTIONS, INC., a Delaware corporation, and UNIVERSAL FAMILY INSURANCE, LLC, a Massachusetts limited liability company, and JESSE MONTANO, an individual and DOES 1-5,<br><br>Defendants. | CASE NO. SACV11-01017-JVS (ANx)<br><br>[Assigned to the Honorable James V. Selna]<br><br>[DISCOVERY MOTION before Hon. Arthur Nakazato, Magistrate Judge]<br><br>**DECLARATION OF BENJAMIN TAYLOR IN SUPPORT OF MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE (LETTER OF REQUEST) UNDER THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**<br><br>[Notice of Motion and Motion, Proposed Letter of Request filed concurrently]<br><br>Date:        April 19, 2012<br>Time:        10:00 a.m.<br>Courtroom:   6B<br><br>Action filed:  July 8, 2011<br>Trial date:    August 21, 2012 |

## DECLARATION OF BENJAMIN TAYLOR

I, Benjamin Taylor, declare:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am associated with the law firm Miller Barondess, LLP, counsel of record in this matter for Defendant and Plaintiff in Counterclaim Universal Family Insurance, LLC ("Universal"). I have personal knowledge of the facts contained in this declaration and, if called as a witness, I could and would competently testify to those facts.

2. I submit this declaration and memorandum in support of Universal's Motion for Issuance of Request for Judicial Assistance (Letter of Request).

3. The Motion follows the Local Rule 7-3 conference of counsel, which took place on March 2, 2012.

4. Attached hereto as Exhibit A is a true and correct copy of the Evidence (Proceedings in Other Jurisdictions) Act 1975.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 12, 2012 at Los Angeles, California.

_____
BENJAMIN TAYLOR