**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - ORDER



*4-13-12 : 2 letters returned to moving party - Shy*

| | |
|---|---|
| Case No.   SACV 11-01017 JVS (ANx) | Dated: April 12, 2012 |

Title:   New Life Agency, Inc. v. Art Risk Financial and Insurance Solutions, Inc., et al.

================================================================

Present: **Hon. Arthur Nakazato, United States Magistrate Judge**
(In Chambers - No Appearances)

| | |
|---|---|
| Stephen Ybarra<br>Deputy Clerk | None<br>Court Reporter |

**Proceedings:**  Defendant's motion for issuance of a request for judicial assistance under the Hague Convention on the taking of evidence abroad in civil or commercial matter in regard to RJ Kiln & Co., Ltd. (dkt. 52) and Defendant's motion for issuance of a request for judicial assistance under the Hague Convention on the taking of evidence abroad in civil or commercial matter in regard to David Wood and Lloyd's of London (dkt. 54) ("Motions")

**Rulings:**  The Motions, which are unopposed, are granted. The clerk is directed to forward the executed original Request for International Judicial Assistance (Letter of Request) concerning RJ Kiln & Co., Ltd. and the Letter of Request concerning David Wood and Lloyd's of London to Geoffrey A. Neri, counsel for defendant Universal Family Insurance, LLC, for transmission to the appropriate judicial authority in England.

cc:   JUDGE SELNA
      All Parties                                       Initials of Deputy Clerk shy